1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DONALD JASON DIFFIN,                          No.  2:15-cv-1516 KJN P

12              Petitioner,

13         v.                                       ORDER

14    COUNTY OF PLACER, et al.,

15              Respondents.

16

17         Petitioner, a county prisoner proceeding pro se, has filed an application for a writ of

18    habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma

19    pauperis affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).

20    Therefore, petitioner will be provided the opportunity to either submit the appropriate affidavit in

21    support of a request to proceed in forma pauperis or submit the appropriate filing fee.

22         In accordance with the above, IT IS HEREBY ORDERED that:

23         1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in

24    support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's

25    failure to comply with this order will result in a recommendation that this action be dismissed;

26    and

27    /////

28    /////

                                                    1

1          2.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis

2    form used by this district.

3    Dated:  July 20, 2015

4    _____

5    KENDALL J. NEWMAN
     UNITED STATES MAGISTRATE JUDGE

6    diff1516.101a

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28