UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD JASON DIFFIN, | No. 2:15-cv-1516 KJN P |
| Petitioner, | |
| v. | ORDER |
| PLACER COUNTY, | |
| Respondents. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Petitioner has submitted a declaration that makes the showing required by § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

The exhaustion of state court remedies is a prerequisite to the granting of a petition for writ of habeas corpus. 28 U.S.C. § 2254(b)(1). If exhaustion is to be waived, it must be waived explicitly by respondent's counsel. 28 U.S.C. § 2254(b)(3).[1] A waiver of exhaustion, thus, may not be implied or inferred. A petitioner satisfies the exhaustion requirement by providing the highest state court with a full and fair opportunity to consider all claims before presenting them to

---

[1] A petition may be denied on the merits without exhaustion of state court remedies. 28 U.S.C. § 2254(b)(2).

1

1 the federal court. Picard v. Connor, 404 U.S. 270, 276 (1971); Middleton v. Cupp, 768 F.2d
2 1083, 1086 (9th Cir. 1985), cert. denied, 478 U.S. 1021 (1986).

3     After reviewing the amended petition for habeas corpus, the court finds that petitioner has
4 failed to exhaust state court remedies. Petitioner did not seek review in the California Supreme
5 Court. Rather, petitioner claims he filed a motion in the Placer County Superior Court, and then
6 filed the instant habeas petition. (ECF No. 6 at 2-3.) Petitioner's claims have not been presented
7 to the California Supreme Court. Further, there is no allegation that state court remedies are no
8 longer available to petitioner. Accordingly, the petition should be dismissed without prejudice.[2]

9     Good cause appearing, IT IS HEREBY ORDERED that:

10     1. Petitioner is granted leave to proceed in forma pauperis;

11     2. The Clerk of the Court is directed to serve a copy of this order together with a copy of
12 the amended petition filed in the instant case on the Attorney General of the State of California;
13 and

14     3. Petitioner's application for a writ of habeas corpus is dismissed for failure to exhaust
15 state remedies, without prejudice.

16 Dated: August 28, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/diff1516.103

---

[2] Petitioner is cautioned that the habeas corpus statute imposes a one year statute of limitations for filing non-capital habeas corpus petitions in federal court. In most cases, the one year period will start to run on the date on which the state court judgment became final by the conclusion of direct review or the expiration of time for seeking direct review, although the statute of limitations is tolled while a properly filed application for state post-conviction or other collateral review is pending. 28 U.S.C. § 2244(d).